CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2010 AUG 11 PM 3: 56

DEPUTY CLERK _____

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| FRANCISCO GARCIA-ESCOBAR, | § | |
| Petitioner, | § | |
| v. | § | 2:07-CV-0128 |
| UNITED STATES OF AMERICA, | § | |
| Respondent. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION and DENYING MOTION TO VACATE, SET ASIDE OR CORRECT SENTENCE

Came for consideration the motion to vacate, set aside or correct sentence by a person in federal custody filed by petitioner. On July 23, 2010, the United States Magistrate Judge issued a Report and Recommendation in this cause, recommending therein that the instant motion be denied. No objections to the Report and Recommendation have been filed.

Having made an independent examination of the record in this case and having examined the Report and Recommendation of the Magistrate Judge, the undersigned United States District Judge hereby ADOPTS the Report and Recommendation. Accordingly, the Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence filed by petitioner is, in all things, DENIED.

IT IS SO ORDERED.

ENTERED this _11th_ day of _August_ 2010.

_____
MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE